**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TRUSTEES OF THE NEW YORK CITY**
**DISTRICT COUNCIL OF CARPENTERS**
**PENSION FUND, WELFARE FUND, ANNUITY**       20-cv-2196 (JGK)
**FUND, AND APPRENTICESHIP, JOURNEYMAN**
**RETRAINING, EDUCATIONAL AND INDUSTRY**      ORDER
**FUND, ET AL.**

                **Petitioners,**

    - against -

**CONCRETE BROTHERS CONSTRUCTION, LLC,**

                **Respondent.**

---

**JOHN G. KOELTL, District Judge:**

    A petition to confirm arbitration was filed on March 11, 2020. The time to respond is extended to **April 29, 2020**. If no response is filed, the Court will decide the petition on the papers submitted thus far.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 15, 2020**                      /s/ John G. Koeltl
                                                       **John G. Koeltl**
                                              **United States District Judge**