```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**TRUSTEES OF THE NEW YORK CITY**
**DISTRICT COUNCIL OF CARPENTERS**
**PENSION FUND, WELFARE FUND, ANNUITY**     20-cv-2196 (JGK)
**FUND, AND APPRENTICESHIP, JOURNEYMAN**
**RETRAINING, EDUCATIONAL AND INDUSTRY**     <u>ORDER</u>
**FUND, ET AL.**

                          **Petitioners,**

        - against -

**CONCRETE BROTHERS CONSTRUCTION, LLC,**

                         **Respondent.**
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The defendant was ordered to respond to the petition by April 29, 2020. No response has been filed. The Court will decide the petition on the papers already submitted.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 3, 2020**                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**