UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, ET AL.,

                     Petitioners,

    -against-                                              20 **CIVIL** 2196 (JGK)

## JUDGMENT

CONCRETE BROTHERS CONSTRUCTION
LLC,
                     Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 1, 2020, the petition to enforce the arbitration award dated November 12, 2019 is granted in the amount of $195,095.49, plus interest from the date of the arbitration award, namely November 12, 2019, accrued at an annual rate of 7.5% until the date of judgment, in the amount of $9,340.53. Judgment is also entered in favor of the petitioners and against the respondent in the amount of $629 in attorney's fees and $75 in costs. Post-judgment interest on the entire amount of the judgment will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:** New York, New York

      July 2, 2020

                                                          **RUBY J. KRAJICK**

                                                           Clerk of Court
                                     **BY:**

                                                          Deputy Clerk